# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 9:10-CR-29 |
| | § | |
| JERONIMO LEON | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

After conducting a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11 with consent of all parties, United States Magistrate Judge Zack Hawthorn reported his findings, conclusions and recommendations regarding defendant's plea of guilty to: Counts I and III of the Second Superceding Indictment.

The magistrate judge accepted defendant's guilty plea, recommends that defendant be adjudged guilty of the offense(s) to which he pleaded guilty, and recommends that the court defer acceptance or rejection of defendant's plea agreement until after reviewing the presentence report.

No party objects to the magistrate judge's findings and conclusions, and the court is of the opinion that they should be and are hereby **ADOPTED**. Further, the court **RATIFIES** the magistrate judge's acceptance of the guilty plea. Accordingly, it is **ORDERED**:

1. Defendant is adjudged **GUILTY** of the offense(s) alleged in: Counts I and III of the Second Superceding Indictment, a violation of 21 U.S.C. Section 846 and 18 U.S.C. Section 924(c)(1)(A).

2. The court [ ] accepts defendant's plea agreement [✓] will defer a decision to accept or reject defendant's plea agreement until the court reviews the presentence report.

So **ORDERED** and **SIGNED** this 8 day of **September, 2011.**

_____
Ron Clark, United States District Judge